IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALI MARTIN MATAR
ADC # 159986                                                          PETITIONER

v.                          No. 5:18-cv-262-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 19, as corrected and overrules Matar's objections, № 20. FED. R. CIV. P. 72(b)(3). The correction: the recommendation's final paragraph should refer to Matar, not Russell. № 19 at 10. Matar's petition is untimely; and he hasn't cleared equitable tolling's high bar. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 July 2019