IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALI MARTIN MATAR
ADC # 159986                                                          PETITIONER

v.                          No. 5:18-cv-262-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## JUDGMENT

Matar's petition is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019